UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Richard Acord,

        Plaintiff,        CASE NUMBER: 13-13750
                                      HONORABLE VICTORIA A. ROBERTS
v.

Boone County Kentucky Attorney, et al.,

        Defendants.
_____/

## ORDER

On September 3, 2013, Richard Acord filed a *pro se* Complaint against the Boone County Kentucky: (1) Attorney, (2) Child Support Agency, and (3) Family Court, as well as his ex-wife, Shermane Janning. The Complaint alleges that Janning is not entitled to child support payments. Acord asks this Court to order the Boone County Family Court to: (1) dismiss Janning's action for modification of child support and (2) bar Janning and the Boone County Attorney from filing motions for child support. Additionally, Acord asks the Court to order the Boone County Child Support Agency to reimburse him $44,000 for child support payments.

Acord alleges no basis for federal court jurisdiction; he does not allege the violation of any federal right or federal statute.

Further, federal courts have declined to accept jurisdiction in parent-child, domestic relations or custody disputes, subject to state law. *See Ankenbrandt v. Richards*, 504 U.S. 689, 703 (1992) (concluding "that the domestic relations exception . . . divests the federal courts of power to issue divorce, alimony, or child custody decrees").

Finally, according to the Rooker/Feldman doctrine, federal district courts do not have jurisdiction to review state court judgments; that review rests only with the Supreme Court. *Gottfried v. Medical Planning Servs.*, 142 F.3d 326, 330 (6th Cir. 1998)("[L]ower federal courts do not have jurisdiction to review a case litigated and decided in state court; only the United States Supreme Court has jurisdiction to correct state court judgments.").

Accordingly, the Court **DISMISSES WITH PREJUDICE** this action for lack of subject matter jurisdiction.

Additionally, Acord requests leave to proceed *in forma pauperis*. But, because this action is dismissed, Acord's request to proceed *in forma pauperis* is **MOOT**.

**IT IS ORDERED**.

S/Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: September 5, 2013

| |
|---|
| The undersigned certifies that a copy of this document was served on the attorneys of record and Richard Acord by electronic means or U.S. Mail on September 5, 2013.<br><br>S/Linda Vertriest<br>Deputy Clerk |